United States Court of Appeals
Fifth Circuit

**F I L E D**

June 26, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-60123
Summary Calendar

_____

THOMAS JOHNSON,

                                        Plaintiff-Appellant,

versus

MISSISSIPPI DEPARTMENT OF CORRECTIONS; ADRIENNE CROFT,
Correctional Officer Trainee Pin #0913; MARYLEN REECE, "Sho"
Chairperson,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:05-CV-250
--------------------

Before JOLLY, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Thomas Johnson, Mississippi prisoner # K6003, appeals the
district court's sua sponte dismissal of his in forma pauperis
civil rights complaint on the ground that he failed to exhaust
administrative remedies as required by 42 U.S.C. § 1997e(a).
Johnson asserted in his complaint that he was prevented from
exhausting the Administrative Remedy Program steps by prison
officials' failure to pick up his Step 2 grievance in a timely
fashion.  In dismissing the complaint for failure to exhaust, the

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court relied on Johnson's assertion that his administrative appeal was denied as untimely without considering Johnson's stated reasons for such denial.

The Supreme Court recently held "that failure to exhaust is an affirmative defense under the [Prison Litigation Reform Act], and that inmates are not required to specifically plead or demonstrate exhaustion in their complaints." Jones v. Bock, 127 S. Ct. 910, 921 (2007). Accordingly, the district court's judgment is VACATED and the case is REMANDED for further proceedings.